IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOPPING GREEN & SAMS, P.A.,
a Florida professional association,

    Plaintiff,

v.                             CASE NO.: 4:08cv290-SPM/WCS

AES OCEAN EXPRESS, LLC,
a foreign limited liability company,

    Defendant.
_____/

**ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTION**

    Upon consideration, Defendant AES Ocean Express, LLC's Agreed Motion for Enlargement of Time to File Dispositive Motion (doc. 51) is granted. Defendant shall have up to and including January 20, 2009, to file and serve its dispositive motion.

    SO ORDERED this 8th day of January, 2009.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge